| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  McKittrick, Peter C. | 2. Court or Organization  United States Bankruptcy Court, District of Oregon | 3. Date of Report  08/10/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  US Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

1001 SW 5th Avenue
Suite 700
Portland OR
97204

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 - Revocable Living Trust |
| 2. | Co-Trustee | Trust #2 - Revocable Living Trust |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 08/10/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Oregon State Bar | 10/19/17 to 10/20/17 | Eugene, OR | Educational Seminar for Oregon practitioners - speaker and planning committee member | Registration and hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McKittrick, Peter C.** | 08/10/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mileage Plus Credit Card - revolving credit card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage #1 (Rollover IRA)(H) | | | | | | | | | |
| 2. -Morgan Stanley Bank N.A. (Bank Deposit Program) | A | Interest | J | T | | | | | |
| 3. -ABB (Common) | A | Dividend | J | T | Buy (add'l) | 05/17/17 | J | | |
| 4. | | | | | Buy (add'l) | 08/28/17 | J | | |
| 5. -AAPL (Common) | A | Dividend | K | T | | | | | |
| 6. -BMO (Common) | A | Dividend | K | T | Buy (add'l) | 04/13/17 | J | | |
| 7. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 8. -BMY (Common) | A | Dividend | K | T | | | | | |
| 9. -CVX (Common) | A | Dividend | J | T | | | | | |
| 10. -CSCO (Common) | A | Dividend | K | T | Sold (part) | 02/21/17 | J | B | |
| 11. -COP (Common) | A | Dividend | | | Sold (part) | 02/21/17 | J | A | |
| 12. | | | | | Sold (part) | 04/12/17 | J | A | |
| 13. -GPC (Common) | A | Dividend | J | T | Buy (add'l) | 04/13/17 | J | | |
| 14. -GILD (Common) | A | Dividend | J | T | Buy (add'l) | 04/13/17 | J | | |
| 15. -GSK (Commn) | A | Dividend | J | T | | | | | |
| 16. -GOOG (Common) -Alphabet Inc Cl A | | None | J | T | | | | | |
| 17. -GOOGL (Common) - Alaphabet Inc Cl C | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - GRC (Common) | A | Dividend | J | T | Buy (add'l) | 06/07/17 | J | | |
| 19. | | | | | Buy (add'l) | 08/28/17 | J | | |
| 20. - INTC (Common) | A | Dividend | J | T | | | | | |
| 21. - IBM (Common) | A | Dividend | K | T | Buy (add'l) | 09/18/17 | J | | |
| 22. - LMNR (Common) | A | Dividend | J | T | | | | | |
| 23. - MAT (Common) | A | Dividend | | | Sold (part) | 02/21/17 | J | A | |
| 24. | | | | | Sold (part) | 04/12/17 | J | A | |
| 25. - MRK (Common) | A | Dividend | J | T | | | | | |
| 26. - MSFT (Common) | A | Dividend | K | T | Sold (part) | 02/21/17 | J | B | |
| 27. - NSRGY (Common) | A | Dividend | J | T | | | | | |
| 28. - PSO (Common) | A | Dividend | J | T | | | | | |
| 29. - PG (Common) | A | Dividend | J | T | Buy (add'l) | 04/13/17 | J | | |
| 30. - PLD (Common) | A | Dividend | J | T | Buy (add'l) | 04/13/17 | J | | |
| 31. - QCOM (Common) | A | Dividend | K | T | Buy (add'l) | 04/20/17 | J | | |
| 32. - SGEN (Common) | | None | J | T | Sold (part) | 02/21/17 | J | B | |
| 33. | | | | | Sold (part) | 03/28/17 | J | B | |
| 34. | | | | | Buy (add'l) | 06/17/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - TOT (Common) | A | Dividend | J | T | Buy (add'l) | 08/28/17 | J | | |
| 36. - UPS (Common) | A | Dividend | J | T | Buy (add'l) | 05/17/17 | J | | |
| 37. - VLO (Common) | A | Dividend | J | T | Sold (part) | 02/21/17 | J | A | |
| 38. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 39. | | | | | Sold (part) | 09/22/17 | J | C | |
| 40. - VEOEY (Common) | A | Dividend | J | T | Sold (part) | 03/28/17 | J | A | |
| 41. | | | | | Buy (add'l) | 06/07/17 | J | | |
| 42. - VGK - Vanguard FTSE Europe EFT | A | Dividend | | | Sold | 09/20/17 | J | A | |
| 43. - VFH - Vanguard Financials ETF | A | Dividend | K | T | Buy (add'l) | 04/13/17 | J | | |
| 44. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 45. - VWO - Vanguard FTSE Emerging Markets Mutual Fund | A | Dividend | | | Sold | 09/20/17 | J | A | |
| 46. - VBR - Vanguard Sm Cap Value ETF | A | Dividend | J | T | | | | | |
| 47. - Chicago Ill Genl Oblig-B Build America Bond 4.564% Matures 12/01/20 | A | Interest | J | T | | | | | |
| 48. - Burbank Calif Wtr & Pwr Rev Ser-B Build America Bond | A | Interest | J | T | | | | | |
| 49. - Pitney Bowes Inc Bond 4.750% Matures 5/15/18 | A | Interest | | | Sold | 09/07/17 | J | A | |
| 50. - Hewlett-Packard Co Bond 4.650% Matures 12/09/21 | A | Interest | K | T | | | | | |
| 51. - Baxter Intl Inc Bond 2.4% Matures 8/15/22 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Burlington North Santa Fe Corp Bond 3.05% Matures 9/1/22 | A | Interest | J | T | | | | | |
| 53. - Teva Pharmaceut Fin BV Bond | A | Interest | | | Sold | 08/03/17 | J | A | |
| 54. - Goldman Sachs Group Inc Bond 3.625% Matures 1/22/23 | A | Interest | J | T | | | | | |
| 55. - Wells Fargo & Co Bond 3.45% Matures 2/13/23 | A | Interest | J | T | | | | | |
| 56. - Verizon Communications Bond 5.15% Matures 9/15/23 | A | Interest | J | T | | | | | |
| 57. - JPMorgan Chase & Co Bond 3.875% Matures 9/10/24 | A | Interest | K | T | | | | | |
| 58. - RF (Common) | A | Dividend | J | T | Buy (add'l) | 06/07/17 | J | | |
| 59. Illinois St Genl Oblig Build America Bond 5.363% Matures 2/1/19 | A | Interest | J | T | | | | | |
| 60. - Ebay Inc Corporate Bond 2.6% Matures 7/15/22 | A | Interest | J | T | | | | | |
| 61. - Pitney Bowes Inc Corporate Bond 4.625% Matures 3/15/24 | A | Interest | | | Sold | 09/07/17 | J | A | |
| 62. - PDCO (Common) | A | Dividend | J | T | Buy (add'l) | 05/17/17 | J | | |
| 63. | | | | | Buy (add'l) | 07/07/17 | J | | |
| 64. | | | | | Buy (add'l) | 08/28/17 | J | | |
| 65. - CMD (Common) | A | Dividend | K | T | Buy (add'l) | 05/17/17 | J | | |
| 66. - FSLR (Common) | | None | | | Sold | 04/12/17 | J | A | |
| 67. - NVO (Common) | A | Dividend | J | T | | | | | |
| 68. - EMR (Commn) | A | Dividend | K | T | Buy | 03/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 70. | | | | | Buy (add'l) | 08/28/17 | J | | |
| 71. - XOM (Common) | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 72. - GE (Common) | A | Dividend | J | T | Buy | 09/07/17 | J | | |
| 73. | | | | | Buy (add'l) | 10/09/17 | J | | |
| 74. | | | | | Buy (add'l) | 11/16/17 | J | | |
| 75. - GVA (Common) | A | Dividend | J | T | Buy | 01/12/17 | J | | |
| 76. | | | | | Buy (add'l) | 03/17/17 | J | | |
| 77. - NCI (Common) | | None | J | T | Buy | 11/08/17 | J | | |
| 78. - PTLA (Common) | | None | J | T | Buy | 08/10/17 | J | | |
| 79. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 80. - KBE- SPDR S&P Bank ETF | A | Dividend | J | T | Buy | 07/07/17 | J | | |
| 81. JPMorgan Chase & Co Bond 1.70% Matures 03/01/2018 | A | Interest | J | T | Buy | 03/31/17 | K | | |
| 82. American Express Co Bond 1.55%, Matures 05/22/2018 | A | Interest | J | T | Buy | 04/26/17 | K | | |
| 83. Anheuser-Busch Inbev Fin 1.9%, Matures 02/01/2019 | A | Interest | J | T | Buy | 04/26/17 | K | | |
| 84. Apple Inc Bond 1.762%, Matures 5/11/2022 | A | Interest | K | T | Buy | 05/25/17 | K | | |
| 85. The Nat'l Bank of Canada Step-Up Callable Note, 2.5% Matures 9/25/22 | A | Interest | J | T | Buy | 03/28/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. US Treasury Note 1.0%, Matures 12/31/2017 | A | Interest | K | T | Buy | 04/17/17 | K | | |
| 87. US Treasury Note 1.0%, Matures 2/15/2018 | A | Interest | K | T | Buy | 04/05/17 | K | | |
| 88. Discover Greenwood DE CD, 1.0%, Matures 1/11/18 | | None | J | T | Buy | 01/09/17 | J | | |
| 89. Capital One Bank Glen Allen VA CD, 1.1%, Matures 2/5/18 | A | Interest | K | T | Buy | 05/17/17 | K | | |
| 90. BMO Harris Bk Chicago IL CD, 1.25%, Matures 4/13/18 | | None | K | T | Buy | 10/10/17 | K | | |
| 91. Capital One Bank Glen Allen VA CD, 1.35%, matures 8/23/18 | A | Interest | K | T | Buy | 02/21/17 | K | | |
| 92. American Exp Salt Lake City UT CD, 1.650%, Matures 3/1/19 | | None | J | T | Buy | 08/28/17 | J | | |
| 93. Brokerage #2 (Trust #1) (H) | | | | | | | | | |
| 94. - Fidelity Investments Core Account | A | Interest | J | T | | | | | |
| 95. Brokerage #3 (Trust #1)(H) | | | | | | | | | |
| 96. - JNJ (Common) | A | Dividend | K | T | | | | | |
| 97. - NNBR (Common) | A | Dividend | J | T | Sold (part) | 08/22/17 | J | A | |
| 98. - RDN (Common) | A | Dividend | J | T | Sold (part) | 07/28/17 | J | A | |
| 99. - Fidelity Cash Reserves (FDRXX) | A | Dividend | M | T | | | | | |
| 100. - Fidelity Investments Core Account (Cash) | A | Interest | K | T | | | | | |
| 101. - MMTOF (Common) | A | Dividend | J | T | | | | | |
| 102. - ROSG (Common) | | None | | | Sold | 08/22/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - NMM (Common) | | None | | | Sold | 08/22/17 | J | A | |
| 104. - AAPL (Common) | A | Dividend | J | T | | | | | |
| 105. - CSCO (Common) | A | Dividend | J | T | | | | | |
| 106. - FCX (Common) | | None | J | T | | | | | |
| 107. - GBSND (Common) | | None | J | T | Buy | 02/10/17 | J | | |
| 108. - GBSND (Common) | | None | | | Buy (add'l) | 02/21/17 | J | | |
| 109. - GBSND (Common) | | | | | Sold (part) | 04/04/17 | J | A | |
| 110. - GBSND (Common) | | | | | Sold (part) | 08/22/17 | J | A | |
| 111. - LMAT (Common) | A | Dividend | J | T | | | | | |
| 112. - TROV (Common) | | None | J | T | | | | | |
| 113. M.C. McKittrick Family LLC (H) | | | | | | | | | |
| 114. -Rental Property #2, Detroit, Michigan (formerly Rental Property #3) | E | Distribution | | | Sold | 12/31/17 | K | E | unknown |
| 115. Brokerage #4 (H) | | | | | | | | | |
| 116. - Morgan Stanley Bank N.A. (Bank Deposit Program) | A | Interest | J | T | | | | | |
| 117. - CVX (Common) | A | Dividend | J | T | | | | | |
| 118. - CSCO (Common) | A | Dividend | J | T | | | | | |
| 119. - MSFT (Common) | A | Dividend | | | Sold | 04/18/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - MSI (Common) | A | Dividend | J | T | | | | | |
| 121.  - WMT (Common) | A | Dividend | J | T | | | | | |
| 122.  - American Funds - Growth Fund of America A (AGTHX) | A | Dividend | J | T | Sold (part) | 04/18/17 | J | C | |
| 123.  - American Funds - Smallcap World Fund A (SMCWX) | A | Dividend | J | T | Sold (part) | 04/18/17 | J | C | |
| 124.  - American Funds - Washington Mutual Investor Fund A (AWSHX) | A | Dividend | J | T | | | | | |
| 125.  Oregon College Savings Plan #1 - Age Based Portfolio 18 and Over | | None | K | T | | | | | |
| 126.  Oregon College Savings Plan #2 - Age Based Portfolio 18 and Over | | None | K | T | | | | | |
| 127.  Brokerage #5 (H) | | | | | | | | | |
| 128.  -Charles Schwab Cash Holding Account | A | Interest | J | T | | | | | |
| 129.  - JNJ (Common)(X) | A | Dividend | J | T | | | | | |
| 130.  Brokerage #6 (H) | | | | | | | | | |
| 131.  - SLV - IShares Silver Trust (Y) | | | | | | | | | |
| 132.  - NNBR (Common) (Y) | | | | | | | | | |
| 133.  - Fidelity Value Mutual Fund (Y) | | | | | | | | | |
| 134.  - Proshares Ultra Gold ETF (UGL) (Y) | | | | | | | | | |
| 135.  Brokerage #7 (Trust #3 - residual beneficiary trust)(H) | | | | | | | | | |
| 136.  - Schwab Money Market Fund | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Cash - Charles Schwab Cash Account | A | Interest | J | T | | | | | |
| 138. - Vanguard High Yield Tax Exempt Bond Fund | B | Dividend | K | T | | | | | |
| 139. - Vanguard Interm Term Tax Exempt Bond Fund | A | Dividend | K | T | | | | | |
| 140. -Vanguard Long Term Tax Exempt Bond Fund | B | Dividend | K | T | | | | | |
| 141. - Vanguard LTD Term Tax Exempt Bond Fund | A | Dividend | J | T | | | | | |
| 142. - Vanguard Intl Growth Fund | A | Dividend | L | T | | | | | |
| 143. - Vanguard Small Cap Index Fund | A | Dividend | L | T | | | | | |
| 144. - Vanguard Total Intl Stk Index Fund | B | Dividend | L | T | | | | | |
| 145. - Vanguard Total Stock Mtk Index Fund | B | Dividend | L | T | | | | | |
| 146. - Vanguard 500 Index Fund | B | Dividend | L | T | | | | | |
| 147. - Vanguard FTSE Emerging Markets ETF | A | Dividend | J | T | | | | | |
| 148. - Vanguard Total Stock Market ETF | B | Dividend | L | T | | | | | |
| 149. Brokerage #8 (IRA) (H) (Y) | | | | | | | | | |
| 150. - Wedbush Cash Holding Account (Y) | | | | | | | | | |
| 151. - FDX (Common) (Y) | | | | | | | | | |
| 152. Brokerage #9 (IRA) (H) (Y) | | | | | | | | | |
| 153. - Wedbush Cash Holding Account (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Hawksbeard Ventures LLC (H) | | | | | | | | | |
| 155. - Rental Property, Black Butte Ranch, OR | | None | M | W | | | | | |
| 156. American General Life Insurance Co Variable Life VIP Index 500 (CSV) | A | Int./Div. | K | T | | | | | |
| 157. Bank of America Account - Checking | A | Interest | J | T | | | | | |
| 158. Keybank Account - Checking (Y) | | | | | | | | | |
| 159. Brokerage #10 (Trust #1) (H) (Y) | | | | | | | | | |
| 160. Brokerage #11 (IRA) (H) (X) | | | | | | | | | |
| 161. Morgan Stanley Bank NA (cash) | A | Interest | J | T | | | | | |
| 162. - GOOG (Common) | | None | J | T | Buy | 04/12/17 | J | | |
| 163. - CSCO (Common) | A | Dividend | J | T | Buy | 09/29/17 | J | | |
| 164. - FDX (Common) (X) | A | Dividend | J | T | Sold (part) | 09/29/17 | J | D | |
| 165. - JNJ (Common) | A | Dividend | J | T | Buy | 09/29/17 | J | | |
| 166. - KHC (Common) | A | Dividend | J | T | Buy | 09/29/17 | J | | |
| 167. - EBAY (Common) | | None | J | T | Buy | 09/29/17 | J | | |
| 168. - PG (Common) | A | Dividend | K | T | Buy | 09/29/17 | K | | |
| 169. - VZ (Common) | A | Dividend | J | T | Buy | 09/29/17 | J | | |
| 170. Brokerage #12 (IRA) (H) (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Morgan Stanley Bank NA (Cash) | A | Interest | K | T | | | | | |
| 172. - GOOG (Common) | | None | K | T | Buy | 04/12/17 | K | | |
| 173. - AAPL (Common) | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 174. - KO (Common) | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 175. - XOM (Common) | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 176. - FDX (Common) | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 177. - JNJ (Common) | A | Dividend | K | T | Buy | 04/12/17 | K | | |
| 178. - PG (Common) | A | Dividend | K | T | Buy | 04/12/17 | K | | |
| 179. - SORL (Common) | | None | J | T | Buy | 04/12/17 | J | | |
| 180. - VZ (Common) | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 181. | | | | | Buy (add'l) | 11/07/17 | J | | |
| 182. US Treasury Note, 1.0% Matures 12/31/17 | A | Interest | K | T | Buy | 09/29/17 | L | | |
| 183. US Treasury Note, 1.0%, Matures 2/15/18 | A | Interest | K | T | Buy | 04/12/17 | K | | |
| 184. US Treasury Note, 1.125%, Matures 6/15/18 | A | Interest | K | T | Buy | 09/29/17 | L | | |
| 185. - JWM Homes, LLC (H) (X) | | | | | | | | | |
| 186. - Rental Property, Portland OR | D | Rent | O | R | Buy | 05/10/17 | O | | |
| 187. - Brokerage #13 (H) (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Fidelity Government Money Market, SPAXX (Cash) | A | Interest | J | T | | | | | |
| 189. - Ishares Edge MSCI Min Vol USA ETF | A | Dividend | J | T | Buy | 10/19/17 | J | | |
| 190. - Ishares Silver Trust ETF (X) | | None | J | T | | | | | |
| 191. - AAPL (Common) (X) | A | Dividend | J | T | | | | | |
| 192. - CMG (Common) | | None | J | T | Buy | 09/07/17 | J | | |
| 193. - CSCO (Common) | A | Dividend | J | T | Buy | 08/23/17 | J | | |
| 194. - PTY (Common) | | None | J | T | Buy | 12/29/17 | J | | |
| 195. - PG (Common) | | None | J | T | Buy | 12/13/17 | J | | |
| 196. - VZ (Common) | | None | J | T | Buy | 12/13/17 | J | | |
| 197. - Pennantpark Invt Corp Note 4.50%, Matures 10/01/19 | | None | J | T | Buy | 12/21/17 | J | | |
| 198. - AT&T Inc Note 4.45%, Matures 05/15/21 | A | Interest | J | T | Buy | 09/18/17 | J | | |
| 199. Marcus by Goldman Sachs Savings Account (X) | A | Interest | J | T | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McKittrick, Peter C. | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. | | | | | | | | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. | | | | | | | | | |
| 210. | | | | | | | | | |
| 211. | | | | | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 08/10/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments & Trusts

Line 47 - Updated Description - Prior year: Chicago Ill Genl Oblig-B Build America Bond
Line 50 - Updated Description - Prior year: Hewlett-Packard Co Bond
Line 51 - Updated Description - Prior year: Baxter Intl Inc Bond
Line 52 - Updated Description - Prior year: Burlington North Santa Fe Corp Bond
Line 54 - Updated Description - Prior year: Goldman Sachs Group Inc Bond
Line 55 - Updated Description - Prior year: Wells Fargo & Co Bond
Line 56 - Updated Description - Prior year: Verizon Communications Bond
Line 57 - Updated Description - Prior year: JPMorgan Chase & Co Bond
Line 60 - Updated Description - Prior year: Ebay Inc Corporate Bond
Line 129 - JNJ Common - this item was omitted on prior year report in error.
Line 131 - Holdings transferred to Brokerage Account #13 (Line 187) on 3/6/17
Line 132 - Holdings transferred to Brokerage Account #13 (Line 187) on 3/6/17
Line 133 - Holdings transferred to Brokerage Account #13 (Line 187) on 3/6/17
Line 134 - Holdings transferred to Brokerage Account #13 (Line 187) on 3/6/17
Line 149 - Holdings transferred to Brokerage Account #11 (Line 160) on 3/23/17
Line 150 - Holdings transferred to Brokerage Account #11 (Line 160) on 3/23/17
Line 151 - Holdings transferred to Brokerage Account #11 (Line 160) on 3/23/17
Line 152 - Holdings transferred to Brokerage Account #12 (Line 170) on 3/23/17
Line 153 - Holdings transferred to Brokerage Account #12 (Line 170) on 3/23/17
Line 158 - Account value below reporting threshold.
Line 159 - Brokerage #10 (Trust #1) - this holding is below the reporting threshold.
Line 160 - New account opened with funds transferred from Brokerage #8 (Line 149)
Line 164 - FDX - Transferred from Brokerage Account #8 (Line 151)
Line 170 - New account opened with funds transferred from Brokerage #9 (Line 152)
Line 185 - Formed LLC to hold rental property
Line 186 - Purchase Price $536,000 on 5/10/17
Line 187 - New account opened with funds transferred from Brokerage #6 (Line 130)
Line 190 - Holding transferred from Brokerage #6
Line 191 - Holding transferred from Brokerage #6
Line 199 - Account opened in 2017

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 08/10/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Peter C. McKittrick**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544